## JONES *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 73, September Term, 1965.]

*Decided November 17, 1965.*

PER CURIAM.

For the reasons set forth in the opinion of Judge Harris in the lower court, the application for leave to appeal is denied.

*Application denied.*